**GENERAL ACCIDENT INSURANCE COMPANY, Plaintiff-Appellee,**

v.

**Mary Lou NAMESNIK, and Robert and Cornell Whitlow,**
**Defendants-Appellants.**

**Nos. 85–2021, 85–2022, 85–2166 and 85–2242.**

United States Court of Appeals,
Ninth Circuit.

Sept. 9, 1986.

Larry L. Smith, Calvin L. Raup, O'Connor, Cavanaugh, Anderson, Westover, Kill-

ingsworth & Beshears, P.A., David D. Dodge, Mark R. Lieberman, Eaton, Lazarus, Dodge & Lowrey, Ltd., Phoenix, Ariz., for plaintiff-appellee.

Dougal B. Reeves, Jr., Gregg Clarke Gibbons, Simon, Reeves & Roberts, Scottsdale, Ariz., for defendants-appellants.

Before WALLACE, KENNEDY, and FARRIS, Circuit Judges.

## ORDER

Footnote 1 on page 7 of the opinion filed June 2, 1986, is hereby deleted.

The petition for rehearing is denied.